UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WOOD GROUP PRESSURE CONTROL, L.P | CIVIL ACTION |
| VERSUS | NO: 06-3002 |
| B&B OILFIELD SERVICES, INC., ET AL | SECTION: "N" (4) |

### ORDER

Before the Court is **Plaintiff's Motion for Sanctions Against the B&B Defendants (doc. #209)** filed by the plaintiff, Wood Group Pressure Control, L.P., seeking to sanction defendants, B&B Oil Field Services, Inc., Ricky Poche, and Bryant Broussard. The District Judge referred this motion to the undersigned Magistrate Judge for Report and Recommendation pursuant to 28 U.S.C. § 636. (*See* Rec. Doc. No. 211).

B&B, Poche, and Broussard filed an opposition memorandum. This motion came on for oral hearing on April 4, 2007.

**I.    The Hearing**

During the hearing, B&B was unable to answer certain questions asked by the Court concerning the steps taken to ensure that B&B was aware of the necessity to preserve evidence in this case. Further, B&B was unable to answer to the Court's satisfaction why certain drawings by B&B's draftsmen Wilson Acosta were not produced.[1]

---

[1] Acosta is a former Wood Group employee.

## A. Preservation of Evidence

Accordingly, the Court requests that B&B's counsel file a supplemental memorandum detailing whether counsel for B&B communicated with B&B representatives in person or by telephone when responding to this Court's order to supplement responses to Wood Group's Fourth Request for Production Numbers 53 and 54. Counsel must also advise the Court whom she spoke to at B&B when preparing the supplemental responses. Counsel may concurrently submit any appropriate documentation in support of the memorandum that implicates attorney client privilege or the work product doctrine directly to the chambers for *in camera review*.

The Court also requests that counsel for B&B provide to the Court for *in camera* review all documentation detailing her efforts to apprise Poche and Broussard of Judge Englehardt's Order to take steps to preserve and not destroy damage or delete any documents, data, equipment, parts, or other information or things, whether in paper, electronic, or other form that is relevant to this case under the broad scope of Federal Rule of Civil Procedure 26 issued on June 26, 2006 and again on July 7, 2007. Further counsel for B&B must also provide all documentation detailing actions taken to apprise B&B of the necessity to preserve all evidence and produce.

## B. The Acosta Drawings

During the hearing, Wood Group noted that the Solid Works drafting program used by Acosta automatically saves numbered drawings sequentially. It further noted that while B&B produced several sequentially numbered drawings from Acosta, eight were missing. It also indicated that most of Acosta's 100 drawings were provided on the day that discovery closed.

B&B contends that these missing eight drawings were for jobs or projects that were begun but later cancelled and thus no drawings were produced. It further contends that while B&B attempted to produce all of Acosta's drawings, it failed to realize that Acosta was saving the drawings directly

onto his desktop instead of his server. B&B only produced those drawings found on its server and failed to inquire of Acosta regarding the number of drawings he created since his employment with B&B.

The Court first notes that at Acosta's deposition testimony taken on January 23, 2007 he testified that no one at B&B ever asked him to turn over any drawings. *See* Pl. Ex. 4 at 77. This is in spite of specific discovery requests requesting all drawings and in spite of the fact that B&B represented to this Court on December 6, 2006, that all of B&B's drawings were produced.

In light of the fact that the central theme of this case is whether or not B&B stole drawings from Wood Group and used the drawings or information obtained from them to grow its business, this Court will order that B&B produce for forensic inspection and copying Acosta's hard drive within seven calendar days of the signing of this Order. Further, B&B's counsel is specifically directed to ensure that B&B takes to ensure that no one alters, damages, or destroys any documents or data on Acosta's hard drive in the time between this Order and inspection of the hard drive.

The Court also orders that B&B provide to the Court for *in camera* inspection copies of all order requests and order cancellations for the eight projects that relate to those eight drawings not produced by April 12, 2007. The Court orders B&B deliver to chambers the manual for the Solid Works program used by Acosta no later than April 12, 2007.

Accordingly,

**IT IS ORDERED** that B&B's counsel provide a supplemental memorandum detailing whether counsel for B&B communicated with B&B representatives in person or by telephone when responding to this Court's order to supplement responses to Wood Group's Fourth Request for Production Numbers 53 and 54. Counsel also may submit any supporting documentation that may implicate the attorney client privilege or work produce doctrine for *in camera review* by April 12, 2007.

**IT IS FURTHER ORDERED** that B&B provide to the Court for *in camera* review all documentation detailing her efforts to apprise Poche and Broussard of Judge Englehardt's Order to take steps to preserve and not destroy damage or delete any documents, data, equipment, parts, or other information or things, whether in paper, electronic, or other form that is relevant to this case under the broad scope of Federal Rule of Civil Procedure 26 by April 12, 2007.

**IT IS FURTHER ORDERED** that B&B's counsel provide for in camera review all documentation detailing actions taken to apprise B&B of the necessity to preserve and produce all evidence in this case by April 12, 2007.

**IT IS FURTHER ORDERED** that B&B produce Wilson Acosta's hard drive to Wood Group for forensic inspection or copying by April 12, 2007. Counsel for B&B is specifically directed to ensure that B&B takes steps to ensure that no one alters, damages, or destroys any documents or data on Acosta's hard drive in the time between this Order and inspection of the hard drive.

**IT IS FURTHER ORDERED** that B&B provide to the Court for in camera inspection all of the order requests and order cancellations or other supporting documentation for the eight projects relating to the missing sequentially numbered drawings created by Acosta by April 12, 2007.

**IT IS FURTHER ORDERED** that B&B provide the manual for the Solid Works program used by Wilson Acosta to chambers by April 12, 2007.

New Orleans, Louisiana, this 9th day of April 2007

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**